IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMASANITH SAYASANE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>Defendant. | 1:07cv1090 OWW DLB<br><br>ORDER GRANTING STIPULATION<br>FOR REMAND<br><br>(Document 15) |

    On November 13, 2007, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

    The stipulation to remand is GRANTED. On remand, the Commissioner will conduct a *de novo* hearing.

    IT IS SO ORDERED.

    Dated: **November 20, 2007**            **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE

1