IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMASANITH SAYASANE, ) | 1:07cv1090 OWW DLB |
| ) | |
| ) | |
| ) | ORDER FOR STATUS REPORT |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 20, 2007, pursuant to the parties' stipulation, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). On remand, the Commissioner will conduct a *de novo* hearing.

Accordingly, on the basis of good cause, the Court ORDERS the parties to file a joint status report within 90 days of the date of service of this order. Thereafter, the parties shall file a joint status report every 120 days until this action is returned to this Court or otherwise resolved.

IT IS SO ORDERED.

**Dated:   November 26, 2007**            **/s/ Dennis L. Beck**

1

1                                                                          UNITED STATES MAGISTRATE JUDGE

2