IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOMSANITH SAYASANE, | ) | 1:07cv1090 OWW DLB |
| | ) | |
| | ) | ORDER FOR STATUS REPORT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 20, 2007, pursuant to the parties' stipulation, this Court issued its order to remand under sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g). On November 27, 2007, the parties were ordered to file a joint status report at 120-day intervals.

The last status report was filed on August 22, 2009, making the next status report due on or about December 21, 2009. As of the date of this order, a status report has not been received.

Accordingly, the parties are ordered to file a status report within 15 days of the date of service of this order. Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: __February 9, 2010__  _____/s/ Dennis L. Beck_____
UNITED STATES MAGISTRATE JUDGE

1