1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMSANITH SAYSANE, | Case No. 1:07-cv-01090-OWW-DLB |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that this case be dismissed pursuant to Fed. R. Civ. P. 41(a).

On November 20, 2007, by stipulation of the parties and order of the Court, this case was remanded to Defendant Commissioner of Social Security to conduct further administrative proceedings. As a result of the further administrative proceedings, Plaintiff received a partially favorable administrative decision.

Plaintiff does not seek judicial review of that decision. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

DATE:   2/19/10         /s/ Sengthiene Bosavanh (as authorized by e-mail February 19, 2010)
SENGHTHIENE BOSAVANH
Attorney at Law

Attorney for Plaintiff

DATE:   2/19/10         BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

By:     /s/ Leo R. Montenegro
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

**Dated:   March 1, 2010**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE